UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:07-CR-47-BO
Civil No. 7:11-CV-56-BO

| | |
|---|---|
| SHANNON ANDRE PETERS )<br>　　　Petitioner, )<br>　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>UNITED STATES OF AMERICA, )<br>　　　Respondent. 　　　　　 ) | ORDER |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the 8 day of March, 2011.

Terrence W. Boyle
United States District Judge